denied. *Mr. Joseph Talamo* for petitioner. *Mr. Clarence W. Rowley* for respondents.

No. 174. CASALDUC, TRUSTEE, *v.* GONZALEZ ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Benicio F. Sanchez* for petitioner.

No. 175. CHEWNING *v.* DISTRICT OF COLUMBIA. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Messrs. Richmond B. Keech* and *Vernon E. West* for respondent.

No. 182. PAULY JAIL BUILDING CO. ET AL. *v.* INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Gustavus A. Buder, Jr.* for petitioners.

No. 183. HAWKINSON *v.* JOHNSTON. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Maurice J. O'Sullivan, J. Francis O'Sullivan,* and *Leo T. Schwartz* for petitioner.

No. 187. RIOS *v.* BOWIE ET AL., TRUSTEES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry*

640

*G. Molina* for petitioner. *Mr. Earle T. Fiddler* for respondents.

No. 195. Killoren, Trustee in Bankruptcy, *v.* United States. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Lon O. Hocker* and *Harry S. Gleick* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. J. Louis Monarch* and *Miss Louise Foster* for the United States.

. No. 202. New Amsterdam Casualty Co. *v.* Miami Conservancy District. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Byron B. Harlan* for petitioner. *Mr. Andrew U. Thomas* for respondent.

No. 203. Ryan et al., Trading as Keystone Transfer Co., *v.* Pennsylvania Public Utility Commission. October 13, 1941. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. Harold S. Shertz* for petitioners. *Messrs. Claude T. Reno,* Attorney General of Pennsylvania, and *Harry M. Showalter* for respondent.

No. 204. Meyer et al. *v.* Kenmore-Granville Hotel Co. et al. October 13, 1941. Petition for writ of certiorari to the Appellate Court, First District, of Illinois denied. *Mr. Meyer Abrams* for petitioners. *Mr. Claude A. Roth* for respondents.